UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| EMILY WREDT, *o/b/o* E.E., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 4:12-cv-77 |
| v. ) | |
| ) | Judge Mattice |
| CAROLYN W. COLVIN, ) | |
| *Commissioner of Social Security*, ) | Magistrate Judge Carter |
| ) | |
| *Defendant*. ) | |
| ) | |

## ORDER

On January 2, 2014, United States Magistrate Judge William B. Carter filed a Report and Recommendation (Doc. 19) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Carter recommended that Plaintiff's Motion for Judgment on the Pleadings (Doc. 15) be **DENIED**, Defendant's Motion for Summary Judgment (Doc. 17) be **GRANTED**, a judgment be entered pursuant to Rule 58 of the Federal Rules of Civil Procedure **AFFIRMING** the Commissioner's decision denying benefits to Plaintiff, and this action be **DISMISSED**.

Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation.[1] Nevertheless, the Court has reviewed *de novo* the record in this matter, and it agrees with the Magistrate Judge's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact and conclusions of law. Plaintiff's Motion for Judgment on the

---

[1] Magistrate Judge Carter specifically advised Plaintiff that she had 14 days in which to object to the Report and Recommendation and that failure to do so would waive her right to appeal. (Doc. 19); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

Pleadings (Doc. 15) is **DENIED**, Defendant's Motion for Summary Judgment (Doc. 17) is **GRANTED**, the decision of the Commissioner is **AFFIRMED**, and this action is hereby **DISMISSED**.

**SO ORDERED** this 23rd day of January, 2014.

          */s/ Harry S. Mattice, Jr.*
          HARRY S. MATTICE, JR.
          UNITED STATES DISTRICT JUDGE

2

Case 4:12-cv-00077-HSM-WBC   Document 20   Filed 01/23/14   Page 2 of 2   PageID #: 740